IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUINON HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant.<br>_____/ | No.  CIV.S-05-1731 DAD<br><br><u>ORDER TO SHOW CAUSE</u> |

      On August 26, 2005, the court issued a scheduling order which required plaintiff to complete service of process within twenty days from the filing of the complaint.  The required time has now expired, and there is no indication that service of process has been completed.

      In addition, Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for Reassignment" attached to the court's scheduling order, all parties were to execute the "Consent to Assignment or Request for Reassignment" form also

1

attached and return it to the Clerk of the Court within ninety days from the date the action was filed.  The Local Rules also required plaintiff to serve a copy of these documents on all parties to the action and file a proof of service with the court.  See L.R., App. A(j).  The required time has now expired and plaintiff has not returned the necessary form to the court.

Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within ten days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to timely file the required writing will result in a recommendation that the case be dismissed.

DATED: November 30, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.harrison1731.osc.ftp

2