IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUINON HARRISON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

No. CIV.S-05-1731 DAD

<u>ORDER</u>

By order filed November 30, 2005, plaintiff was directed to show cause in writing within ten days why this case should not be dismissed for lack of prosecution. On December 13, 2005, plaintiff filed a response to the order to show cause indicating that service has now been completed in this action.

/////

/////

/////

/////

1

1   Accordingly, the order to show cause filed on November 30,
2   2005, is HEREBY DISCHARGED.  This matter will proceed according to
3   the terms of the court's scheduling order filed August 26, 2005.
4   DATED: December 15, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/harrison1731.dischargeOSC

2