IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUINON HARRISON,                         No.  CIV.S-05-1731 DAD

     Plaintiff,

     v.                                                   <u>ORDER</u>

JO ANNE B. BARNHART,
Commissioner of Social
Security,

     Defendant.
_____/

     By order filed May 18, 2006, plaintiff was directed to show cause within twenty days why this case should not be dismissed for lack of prosecution.  On June 5, 2006, plaintiff filed a response to the order along with a motion for summary judgment.

/////

/////

/////

/////

/////

1

Accordingly, the order to show cause filed on May 18, 2006, is HEREBY DISCHARGED.  This matter will proceed according to the terms of the court's scheduling order filed August 26, 2005.

DATED: June 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/harrison1731.OSC.disch

2